IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI *ex rel.*
LYNN FITCH, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,

      Plaintiff,

v.                                                       CASE NO. 3:19-cv-353-HTW-LGI

CREDIT ACCEPTANCE CORPORATION

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of this action with each party to bear its own costs.

DATED:     December 30, 2021

                                                          Respectfully submitted,

                                                          **PLAINTIFF, STATE OF MISSISSIPPI *ex rel.***
                                                          **LYNN FITCH, ATTORNEY GENERAL OF**
                                                          **THE STATE OF MISSISSIPPI**

                            By:     *s/ Mimi Liu*
                                        Mimi Liu (admitted *pro hac vice*)

                                        Ta'Shia Gordon (MSB#101228)
                                        Special Assistant Attorney General
                                        Office of the Mississippi Attorney General
                                        Post Office Box 220
                                        Jackson, Mississippi 39205
                                        Telephone: (601) 359-3070
                                        Facsimile: (601) 359-2003
                                        Email: tgord@ago.ms.gov

OF COUNSEL:
Mimi Liu (admitted *pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW, Suite 1001

Washington, D.C. 20004
Telephone: (202) 386-9625
Facsimile: (202) 386-9622
Email: mliu@motleyrice.com

Blake A. Tyler (MSB#101786)
Jason M. Kirschberg (MSB#104860)
GADOW TYLER PLLC
511 East Pearl Street
Jackson, Mississippi 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: blake@gadowtyler.com
jason@gadowtyler.com

**CREDIT ACCEPTANCE CORPORATION**

By: *s/ R. David Kaufman*
R. David Kaufman
One of Its Attorneys

OF COUNSEL:
**BRUNINI, GRANTHAM,
 GROWER & HEWES, PLLC**

R. David Kaufman (MS Bar No. 3526)
M. Patrick McDowell (MS Bar No. 9746)
Cody C. Bailey (MS Bar No. 103718)
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, MS 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
(dkaufman@brunini.com)
(pmcdowell@brunini.com)
(cbailey@brunini.com)

**SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP**

Jonathan Frank (*pro hac vice*)
Patrick G. Rideout (*pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212)735-2000
(jonathan.frank@skadden.com)
(patrick.rideout@skadden.com)

Anand S. Raman (*pro hac vice*)
Darren M. Welch (*pro hac vice*)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202 393-5760
(anand.raman@skadden.com)
(darren.welch@skadden.com)